**Order entered March 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00120-CV

**BIG BASS TOWING, CO., Appellant**

**V.**

**STEPHEN AKIN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02361-A**

## ORDER

Before the Court is appellant's February 26, 2013 unopposed motion to extend time to file its brief on the merits. We **GRANT** appellant's motion. Appellant's brief is due on or before March 13, 2013.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE